**UNITED STATES of America, Plaintiff–Appellee**

v.

**Wesley Keith BEAGLE, Defendant–Appellant.**

**No. 12–3245.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 3, 2013.

Filed: May 7, 2013.

Leeann K. Bell, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, James Lackner, U.S. Attorney's Office, St. Paul, MN, for Plaintiff–Appellee.

Wesley Keith Beagle, Chicago, IL, pro se.

Caroline Durham, Assistant, Federal Public Defender, Federal Public Defender's Office, Minneapolis, MN, for Defendant–Appellant.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

While Wesley Beagle was serving a second period of supervised release following his release from imprisonment on a federal firearms conviction, he admitted to violating a condition of his supervised release, and the district court [1] revoked supervised release and imposed a revocation sentence

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

consisting of 12 months in prison and 6 months of supervised release. Beagle appeals, arguing that the sentence imposed is greater than necessary to accomplish the goals of sentencing.

Upon careful review, we conclude that the sentence, which falls within statutory limits and the recommended Guidelines range, is not substantively unreasonable. *See United States v. Growden*, 663 F.3d 982, 984 (8th Cir.2011) (per curiam); *United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009).

Accordingly, the judgment is affirmed.